October 4, 1916.) Appeals Nos. 3, 4, 5, 6, and 7. Motion granted and appeals dismissed, with costs.

Carl JUNK v. TERRY & TENCH CO. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Application granted. Order signed.

Anna S. KANNER, as Admx., etc., respt., v. INTERNATIONAL RAILWAY CO., applt. (Supreme Court, Appellate Division, Fourth Department. October 18, 1916.) Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the court erred in permitting the witness to testify to the declarations of the deceased that his back was wrenched, and in view of the closeness of the case upon the facts we cannot hold that the error was not prejudicial. See Greener v. General Electric Co., 209 N. Y. 135, 102 N. E. 527, 46 L. R. A. (N. S.) 975. All concur.

In the Matter of Abram KAPLAN, deceased. (Supreme Court, Appellate Division, First Department. July 10, 1916.) Motion denied. Order filed.

Simon KAROSIS, etc., appellant, v. SUSQUEHANNA COAL COMPANY, respondent, impleaded with Pennsylvania Railroad Company, defendant. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Motion denied.

KILBOURNE & JACOBS MFG. CO. v. Hugh C. FOX et al. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Application denied, with $10 costs. Order signed.

In the Matter of the Intermediate Settlement of the Accounts of Henry J. KIMBALL, as administrator, etc., of Evan Williams, deceased. (Supreme Court, Appellate Division, Fourth Department. October 18, 1916.) Order affirmed, with $10 costs and disbursements to respondents, payable out of the estate. All concur.

John A. KINGSBURY, Com'r, on complaint of Mary Brady, v. Henry FREED. (Supreme Court, Appellate Division, First Department. July 10, 1916.) Motion denied. Order filed.

Mary KIWIN v. Abraham G. MALOOF. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Motion denied. Order filed.

Mary KIWIN, Respt., v. Abraham G. MALOOF, Applt. (Supreme Court, Appellate Division, First Department. October 20, 1916.) Judgment and orders affirmed, with costs. No opinion. Order filed.

William E. KLING, respt., v. Gottlieb H. TOBIAS, applt. (Supreme Court, Appellate Division, Fourth Department. October 11, 1916.) Motion to dismiss appeal granted, unless appellant shall file and serve printed papers and pay to respondent's attorney $10 by October 17th and be ready to argue the appeal on October 19th.

Letitia KNAPP, respondent, v. Joseph G. KNAPP, appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Judgment affirmed, with costs. No opinion. Stapleton, Mills, Rich, and Putnam, JJ., concur.

In the Matter of KNAPP & FRENCH, Inc. (Supreme Court, Appellate Division, First Department. February, 1916.) Motion to dismiss appeal denied. Memorandum per curiam.

Matter of KNAPP & FRENCH, Inc. (Supreme Court, Appellate Division, First Department. July 10, 1916.) Motion denied, with $10 costs, and stay vacated. Order filed.

KNOWLTON BROS., Respondent, v. NEW YORK AIR BRAKE COMPANY, Appellant, Impleaded with Others. (No. 1.) KNOWLTON BROS., Respondent, v. NEW YORK AIR BRAKE COMPANY, Appellant. (No. 2.) (Supreme Court, Appellate Division, Fourth Department. October, 1915.) Order affirmed, with $10 costs and disbursements. All concurred. See, also, 169 App. Div. 344, 155 N. Y. Supp. 862.

Robina B. KNOX v. Holmes JONES et al. (Supreme Court, Appellate Division, Second Department. October 5, 1916.) Motion denied with $10 costs.

Count Jean KRASICKI v. UNIVERSAL TOOL STEEL CO., Ltd. (Supreme Court, Appellate Division, First Department. July 10, 1916.) Motion granted, and defendant's time extended for 10 days from entry of order. Order filed.

Frank W. KRAVIGNY, Respt., v. Arthur B. JEKYLL, impld., Applt. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Abraham KRISCHANSKY v. GIMBEL BROS. (Supreme Court, Appellate Division, First Department. July 17, 1916.) Application denied. Order signed.

Louisa KROMM, as administratrix, etc., of Christian Hansel, deceased, appellant, v. Sophie MEYER, respondent. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Judgment affirmed, without costs. No opinion. Jenks, P. J., and Stapleton, Mills, Rich, and Putnam, JJ., concur.

In the Matter of Joseph KRONETHAL. (Supreme Court, Appellate Division, First Department. January, 1916.) Motion for stay granted on terms stated in memorandum per curiam. Order to be settled on notice.